IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

JILL BROWN,
Acting Warden of California
State Prison at San Quentin,

    Respondent.
_____/

No. CIV S-01-0507 LKK KJM

DEATH PENALTY CASE

ORDER

    Respondent requests an extension of time to file her opposition to the motion for an evidentiary hearing. To the extent the request is based on the complexity of the issues, petitioner does not oppose the request. Good cause appearing, IT IS HEREBY ORDERED that respondent's May 25, 2005 request for an extension of time is granted. Respondent's opposition to petitioner's February 22, 2005 motion for an evidentiary hearing shall be filed by July 30, 2005.

DATED: June 2, 2005.

                                        UNITED STATES MAGISTRATE JUDGE

rielvioppo.eot

1