IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

JAMES STOKES,
Acting Warden of California
State Prison at San Quentin,[1]

    Respondent.

No. CIV S-01-0507 LKK KJM

DEATH PENALTY CASE

ORDER

On July 28, 2005, respondent filed his opposition to petitioner's motion for an evidentiary hearing. By October 3, 2005, petitioner shall file any reply brief.

DATED: August 1, 2005.

    UNITED STATES MAGISTRATE JUDGE

rielevireply.or

---

[1] Mr. Stokes is substituted for his predecessor, Jill Brown, as Acting Warden of San Quentin State Prison, under Federal Rule of Civil Procedure 25(d).

1