IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

JAMES STOKES,
Acting Warden of California
State Prison at San Quentin,

    Respondent.

_____/

No. CIV S-01-0507 LKK KJM

DEATH PENALTY CASE

ORDER

Good cause appearing, petitioner's unopposed September 13, 2005 request for an extension of time is granted. By October 17, 2005 petitioner shall file any reply to respondent's opposition to petitioner's motion for an evidentiary hearing.

DATED: September 19, 2005.

                        UNITED STATES MAGISTRATE JUDGE

rielvireplyeot.or

1