1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CHARLES D. RIEL,

11              Petitioner,               No. CIV S-01-0507 LKK KJM

12         vs.                            DEATH PENALTY CASE

13    ROBERT L. AYERS, JR.,
      Warden of California State
14    Prison at San Quentin,

15              Respondent.               <u>ORDER</u>

16    _____/

17              Petitioner seeks a continuance of the argument on his motion for an evidentiary

18    hearing.  Good cause appearing, IT IS HEREBY ORDERED that the July 25, 2007 hearing on

19    petitioner's motion for an evidentiary hearing is continued to August 29, 2007 at 11:00 a.m.

20    DATED:  July 10, 2007.

21

22

23                                        _____
                                          U.S. MAGISTRATE JUDGE
24

25

26    rielhrgcont.or

                                        1