IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

JOHN STOKES,
Warden of California State
Prison at San Quentin,

    Respondent.

_____/

No. CIV S-01-0507 LKK KJM

DEATH PENALTY CASE

ORDER

Within ten days of the filed date of this order, petitioner shall file a follow-up to his October 19 report on the status of discovery on claim 36.

DATED: November 16, 2007.

_____
U.S. MAGISTRATE JUDGE