ROBERT D. BACON, SB #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, FL Bar No. 73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Petitioner Riel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　Respondent. | NO. CIV S-01-0507 LKK-KJM<br><br>**DEATH PENALTY CASE**<br><br>**ORDER EXTENDING TIME AND CONTINUING STATUS CONFERENCE** |

　　　　Petitioner requests a 20-day extension of time for filing objections to this Court's order filed April 14, 2008 (Doc. 204). He also requests that the status conference scheduled for April 23, 2008, be continued to trail a decision on those objections. Petitioner represents that the State does not oppose either of these requests. GOOD CAUSE appearing, petitioner's April 18, 2008 requests are GRANTED. The parties have until May 19, 2008, to file objections to the April 14 order. The April 23 status conference is taken off calendar. It will be reset following a ruling on those objections. IT IS SO ORDERED.

DATED: April 21, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE