1  ROBERT D. BACON, SB #73297
   484 Lake Park Avenue, PMB 110
2  Oakland, California 94610
   (510) 834-6219; FAX (510) 444-6861
3  E-mail: bacon2254@aol.com

4  DANIEL BRODERICK, SB #89424
   Federal Defender
5  TIVON SCHARDL, FL Bar No. 73016
   Assistant Federal Defender
6  801 I Street, 3rd Floor
   Sacramento, California 95814
7  (916) 498-6666; FAX (916) 498-6656

8  Attorneys for Petitioner Riel

9

10

11             IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13
   CHARLES D. RIEL,                    )    NO.  CIV S-01-0507 LKK-KJM
14                                     )
            Petitioner,                )    **DEATH PENALTY CASE**
15                                     )
       vs.                            )    **ORDER EXTENDING TIME**
16                                     )
   WARDEN, San Quentin State Prison,   )
17                                     )
            Respondent.                )
18  _____   )

19          Petitioner requests an 8-day extension of time for filing objections to this Court's order

20  filed April 14, 2008 (Doc. 204).  Petitioner states that respondent does not oppose the request.  GOOD

21  CAUSE appearing, the request is GRANTED.  The parties have until May 27, 2008, to file objections to

22  the April 14 order. IT IS SO ORDERED.

23  DATED:  May 27, 2008.

24                                          _____
                                            U.S. MAGISTRATE JUDGE
25

26

27

28

Order Extending Time                                *Riel v. Warden*, CIV S-01-0507 LKK-KJM