IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-01-0507 LKK KJM

DEATH PENALTY CASE

ORDER

The district judge has resolved petitioner's May 22, 2008 "Objections to Findings and Recommendations," granting in part and denying in part petitioner's February 22, 2005 motion for evidentiary hearing. Mar. 27, 2009 Order. On April 22, 2009 at 10:00 a.m. the undersigned will hold a status conference in courtroom # 26. Prior to the status conference, counsel shall review the court's June 13, 2008 and January 30, 2009 orders in <u>Osband v. Ayers</u>, CIV S 97-0152 WBS KJM, regarding the standards for determining what, if any, portions of the evidentiary hearing, including the transcript and exhibits, should be sealed. At the status conference, counsel shall be prepared to discuss procedures and a schedule for preparing for and conducting an evidentiary hearing. At the conclusion of the status conference, the undersigned
/////

1

will have an <u>in camera</u> discussion with counsel for petitioner regarding budgeting the final phase of this case.

DATED: April 3, 2009.

_____
U.S. MAGISTRATE JUDGE

riel pre evi.or1