IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,   No. CIV S-01-0507 LKK KJM

  vs.   DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.   ORDER

                            /

During the August 5, 2009 hearing on petitioner's motion for a supplemental protective order, the parties informed the court that they have reached a stipulation to resolve respondent's motion for access to petitioner's CDCR files. By August 14, 2009, the parties shall file any stipulation, including proposals for any protective orders related to these files.

DATED: August 7, 2009.

_____
U.S. MAGISTRATE JUDGE