1  ROBERT D. BACON, SB #73297
   484 Lake Park Avenue, PMB 110
2  Oakland, California 94610
   (510) 834-6219; FAX (510) 444-6861
3  E-mail: bacon2254@aol.com

4  DANIEL BRODERICK, SB #89424
   Federal Defender
5  JOAN M. FISHER, ID Bar No. 2854
   Assistant Federal Defender
6  801 I Street, 3rd Floor
   Sacramento, California 95814
7  (916) 498-6666; FAX (916) 498-6656

8  Attorneys for Petitioner Riel

9  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
10 WARD A. CAMPBELL, State Bar No. 88555
   Supervising Deputy Attorney General
11 PAUL A. BERNARDINO, State Bar No. 164654
   HEATHER S. GIMLE, State Bar No. 203849
12 Deputy Attorneys General
   1300 I Street, Suite 125
13 P.O. Box 944255
   Sacramento, CA 94244-2550
14 Telephone: (916) 323-1977
   Fax: (916) 324-2960
15 E-mail: Paul.Bernardino@doj.ca.gov
   Attorneys for Respondent

16

17            IN THE UNITED STATES DISTRICT COURT

18          FOR THE EASTERN DISTRICT OF CALIFORNIA

19

20 CHARLES D. RIEL,                  )    NO.  CIV S-01-0507 LKK-KJM
                                     )
21            Petitioner,            )    **DEATH PENALTY CASE**
                                     )
22      vs.                          )
                                     )    **STIPULATION AND ORDER**
23 WARDEN, San Quentin State Prison, )
                                     )
24            Respondent.            )
                                     )
25 _____  )

26

27        Petitioner and Respondent by and through their respective counsel stipulate and agree to entry of

28 the Order set forth hereinbelow as  resolution of Petitioner's Motion to Enjoining Respondent from

---

**STIPULATION AND ORDER**               1          *Riel v. Warden*, No. Civ. S 01-0507 LKK-KJM

1

2   Accessing Petitioner's CDCR records and Respondent's objection thereto.

3   Respectfully submitted August 14, 2009.

4                                        */s/ Robert D. Bacon*
                                         *as authorized on June 19, 2009*
5                                        ROBERT D. BACON

6                                        DANIEL BRODERICK
                                         FEDERAL DEFENDER
7
                                         */s/ Joan M. Fisher*
8                                        JOAN M. FISHER
                                         Assistant Federal Defender
9                                        Attorneys for Petitioner

10                                             and

11                                       EDMUND G. BROWN JR.
                                         Attorney General of California
12
                                         */s/ Paul A. Bernardino*
13                                       *as authorized on June 19, 2009*
                                         PAUL A. BERNARDINO
14                                       Deputy Attorney General

15                                       /s/ *Heather S. Gimle*
                                         *as authorized on June 19, 2009*
16                                       HEATHER S. GIMLE
                                         Attorneys for Respondent

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2        The parties having stipulated and agreed to the following, and the Court being fully apprised in the

3    the premises, and good cause appearing,

4    IT IS HEREBY ORDERED:

5

## <u>MEDICAL RECORDS</u>

6        1.  Respondent's counsel shall arrange for the delivery to the Copy Center of the Attorney

7    General's Office of sealed packages of Petitioner's medical records (hereinafter "medical records")

8    without review or publication to the Respondent's counsel until the records have been certified to have

9    been sealed upon receipt and copied, scanned and numbered to provide identical duplicate sets for both

10   Petitioner's and Respondent's counsel.

11       2.  Each page of the medical records shall be marked with consecutive page numbers in a

12   consistent location so that every page can be identified by a distinct number.

13       3.  This Order "(A) Prohibits the parties from using or disclosing the protected health information

14   for any purpose other than the litigation or proceeding for which such information was requested; and (B)

15   Requires the return to the covered entity or destruction of the protected health information (including all

16   copies made) at the end of the litigation or proceeding."  45 C.F.R. § 164.512.

17

## <u>"CDCR RECORDS"</u>

18       1.  Respondent's counsel shall arrange for the delivery to the Copy Center of the Attorney

19   General's Office of sealed packages of Petitioner's CDCR central file (hereinafter "CDCR records")

20   without review or publication to the Respondent's counsel until the records have been certified to have

21   been sealed upon receipt and copied, scanned and numbered to provide identical duplicate sets for both

22   Petitioner's and Respondent's counsel.

23       2. Each page of the CDCR records shall be marked with consecutive page numbers in a consistent

24   location so that every page can be identified by a distinct number.

25   //

26   //

27   //

28   //

1        3.  The CDCR records will only be used by Respondent in this habeas proceeding pending before

2    this Court.  Unless the parties have agreed otherwise, any court filing of the CDCR records shall be

3    subject to a Motion to Seal by Petitioner.

4    DATED:  August 25, 2009.

5

6    _____

    U.S. MAGISTRATE JUDGE