IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,                                    )     NO.  CIV S-01-0507 LKK-KJM
                                                    )
          Petitioner,                               )     **DEATH PENALTY CASE**
                                                    )
     vs.                                            )     **ORDER**
                                                    )
WARDEN, San Quentin State Prison,                   )
                                                    )
          Respondent.                               )
                                                    )
_____)

          Good cause appearing, and without objection from respondent, petitioner's August 20, 2009

motion for extension of time to produce expert Charles Morton's materials is granted.  Petitioner shall

produce to respondent's counsel copies of all documents relied upon by expert Charles Morton by **August

31, 2009**.

DATED: August 25, 2009.

_____

U.S. MAGISTRATE JUDGE