IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

        Petitioner,                No. CIV S-01-0507 LKK KJM

   vs.                               DEATH PENALTY CASE

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

        Respondent.           <u>ORDER</u>

                                 /

        On October 14, 2009 at 10:00 a.m. the undersigned shall hear argument on respondent's July 20, 2009 Motion for Open and Public Access to the Evidentiary Hearing.

DATED: October 1, 2009.

                                                       U.S. MAGISTRATE JUDGE

riel pre evi hrg.or3

1