ROBERT D. BACON, SB #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL J. BRODERICK, SB #89424
Federal Defender
JOAN M. FISHER, Idaho SB #2854
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Petitioner

EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
WARD A. CAMPBELL, State Bar No. 88555
Supervising Deputy Attorney General
PAUL A. BERNARDINO, State Bar No. 164654
HEATHER S. GIMLE, State Bar No. 203849
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-1977
Fax: (916) 324-2960
E-mail: Paul.Bernardino@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>         Petitioner,<br><br>    vs.<br><br>ROBERT K. WONG, Acting Warden of<br>San Quentin State Prison,<br><br>         Respondent. | No. CIV S 01-0507 LKK KJM P<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATION TO MODIFY**<br>**SCHEDULING ORDER**<br>**and ORDER** |

Counsel for the parties hereby stipulate that the scheduling order filed August 7, 2009 (Doc. 259), is to be modified in the following particular:  On page 2, line 3, the deadline for either party

to serve and file a list of rebuttal witnesses is to be deferred from November 30, 2009, until **January 22, 2010.**

        Respectfully submitted November 3, 2009.

                */s/ Robert D. Bacon*
                ROBERT D. BACON

                DANIEL J. BRODERICK
                Federal Defender

                */s/ Joan M. Fisher*
                *as authorized on November 2, 2009*
                JOAN M. FISHER
                Assistant Federal Defender

                Attorneys for Petitioner

                EDMUND G. BROWN JR.
                Attorney General of California

                */s/ Paul A. Bernardino*
                *as authorized on November 2, 2009*
                PAUL A. BERNARDINO
                Deputy Attorney General

                */s/ Heather S. Gimle*
                *as authorized on November 2, 2009*
                HEATHER S. GIMLE

                Attorneys for Respondent

### ORDER

It is so ordered.

DATED:  November 18, 2009.

                _____
                U.S. MAGISTRATE JUDGE