IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-01-0507 LKK KJM

DEATH PENALTY CASE

ORDER

On January 20, 2010 at 11:00 a.m., the undersigned will hold a scheduling conference. Counsel shall participate by telephone and shall be prepared to discuss their January 11, 2010 Joint Statement.

DATED: January 12, 2010.

_____
U.S. MAGISTRATE JUDGE

1