IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

No. CIV S-01-0507 LKK KJM

DEATH PENALTY CASE

ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the scheduling order filed on January 22, 2010, on page 2, lines 2-4 (doc. 302), be modified as follows: Respondent shall file and serve a summary of petitioner's proposed testimony within seven days after respondent has completed a discovery deposition of petitioner.

DATED: March 17, 2010.

                                      U.S. MAGISTRATE JUDGE

riel sch or.rev

1