1  ROBERT D. BACON, SB #73297
   484 Lake Park Avenue, PMB 110
2  Oakland, California 94610
   (510) 834-6219; FAX (510) 444-6861
3  E-mail: bacon2254@aol.com

4  DANIEL BRODERICK, SB #89424
   Federal Defender
5  JOAN M. FISHER, ID Bar No. 2854
   Assistant Federal Defender
6  TIVON SCHARDL, FL Bar No. 73016
   Trial & Habeas Counsel
7  801 I Street, 3rd Floor
   Sacramento, California 95814
8  (916) 498-6666; FAX (916) 498-6656

9  Attorneys for Petitioner Riel

10 EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
11 WARD A. CAMPBELL, State Bar No. 88555
   Supervising Deputy Attorney General
12 PAUL A. BERNARDINO, State Bar No. 164654
   HEATHER S. GIMLE, State Bar No. 203849
13 Deputy Attorneys General
   1300 I Street, Suite 125
14 P.O. Box 944255
   Sacramento, CA 94244-2550
15 Telephone: (916) 323-1977
   Fax: (916) 324-2960
16 E-mail: Paul.Bernardino@doj.ca.gov
   Attorneys for Respondent

17

18                    IN THE UNITED STATES DISTRICT COURT

19                    FOR THE EASTERN DISTRICT OF CALIFORNIA

20

21 | CHARLES D. RIEL,                         ) NO. CIV S-01-0507 LKK-KJM
   |                                          )
22 |          Petitioner,                     ) **DEATH PENALTY CASE**
   |                                          )
23 |    vs.                                   )
   |                                          ) **STIPULATION AND ORDER SUBMITTING**
24 | WARDEN, San Quentin State Prison,        ) **MOTION ON THE PAPERS**
   |                                          )
25 |          Respondent.                     )
   |                                          )
26 | _____ )

27        Petitioner and Respondent, by and through their respective counsel, stipulate and agree to have the

28 motion for a protective order taken off calendar and to submit the matter on the papers. However,

**STIPULATION AND ORDER**               1              *Riel v. Warden*, No. Civ. S 01-0507 LKK-KJM

Respondent continues to oppose Petitioner's motion and the latest proposed order appended to Petitioner's reply brief.

Respectfully submitted March 25, 2010.

        ROBERT D. BACON

        DANIEL BRODERICK
        FEDERAL DEFENDER
        JOAN M. FISHER
        Assistant Federal Defender

        */s/ Tivon Schardl*
        Trial & Habeas Counsel

        Attorneys for Petitioner

          and

        EDMUND G. BROWN JR.
        Attorney General of California

        */s/ Paul A. Bernardino*, as authorized on 3/25/2010
        PAUL A. BERNARDINO
        Deputy Attorney General
        HEATHER S. GIMLE
        Deputy Attorney General

        Attorneys for Respondent

**ORDER**

The parties having stipulated and agreed to have the matter submitted on the papers, the hearing scheduled for March 31, 2010 on Petitioner's motion for a protective order is vacated, and the matter is deemed submitted.

IT IS SO ORDERED.

DATED: March 29, 2010.

_____
U.S. MAGISTRATE JUDGE