1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES D. RIEL,

11          Petitioner,                    No. CIV S-01-0507 LKK KJM

12       vs.                               DEATH PENALTY CASE

13   ROBERT L. AYERS, Jr.,
      Warden of San Quentin
14    State Prison,

15          Respondent.                    ORDER

16   _____/

17          Respondent's March 26, 2010 motion to conduct a mental examination came on

18   for hearing on shortened time on April 14, 2010 before the undersigned.  Paul Bernardino and

19   Heather Gimle appeared for respondent.  Tivon Schardl and Robert Bacon appeared for

20   petitioner.  Because respondent's reply brief made new arguments, the court will permit

21   petitioner to file a response to respondent's reply brief.[1]

22   ////

23   ////

24   _____

25        [1]  The court is cognizant of the fact that the parties are on a tight schedule to prepare for
     the August evidentiary hearing.  Because a decision on respondent's motion will now be delayed
     by a couple weeks, respondent should reserve an examination time at San Quentin State Prison to
26   preserve his right to conduct the examination, should his motion be granted.

                                            1

1    IT IS HEREBY ORDERED that by April 28, 2010 petitioner may file a brief in

2  response to respondent's April 12, 2010 reply brief.

3  DATED:  April 20, 2010.

4

5

6  _____
   U.S. MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

   riel mental exam brf.or

26