UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

        NO. CIV. S-01-0507 LKK/KJM

    Petitioner,

        DEATH PENALTY CASE

    v.

ROBERT L. AYERS, JR.,        O R D E R
Warden of California State
Prison at San Quentin,

    Respondent.
_____/

    On June 1, 2010, petitioner filed a request to reconsider an order from the Magistrate Judge. (Dkt. No. 365) Respondent is hereby ordered to file an opposition or statement of non-opposition to petitioner's request within fourteen (14) days of the issuance of this order. Petitioner may file a reply within seven (7) days thereafter. The court will determine whether a hearing is necessary in this matter after briefing is complete.

    IT IS SO ORDERED.

    DATED: June 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT