ROBERT D. BACON, SB #73297
PMB 110
484 Lake Park Avenue
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL BRODERICK, SB #89424
Federal Defender
JOAN M. FISHER, Idaho SB#2854
Assistant Federal Defender
TIVON SCHARDL, Fl. Bar #73016
Trial & Habeas Counsel
801 I Street, 4th Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656
Joan_Fisher@fd.org
Tim_Schardl@fd.org

Attorneys for Petitioner Riel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>       Petitioner,<br><br>    vs.<br><br>WARDEN of the California State Prison, at San Quentin,<br><br>       Respondent. | No.  CIV S 01-0507 LKK KJM<br><br>**DEATH PENALTY CASE**<br><br>ORDER SHORTENING TIME |

      Petitioner requests that the court shorten time for hearing the motion for discovery he filed on May 28, 2010.  Doc. 368.  According to petitioner, respondent has not replied to petitioner's request for the State's position on the request.  The court previously indicated it would hear on shortened time discovery motions filed by June 7, 2010.  GOOD CAUSE appearing, Petitioner's request is GRANTED.  Respondent's opposition to the motion shall be filed by June 10, 2010, and any reply shall be filed by June 14, 2010.

**Riel Order Shortening Time**                                                                 *Riel v. Warden,* CIV 01 -507- LKK KJM

1   Petitioner's May 28, 2010 Motion for Discovery will be heard at 11:00 a.m. on June
2 16, 2010.  In addition, the hearing time for petitioner's May 19, 2010 Motion in Limine is changed
3 from 10:00 a.m. to 11:00 a.m. on June 16, 2010.
4 IT IS SO ORDERED.
5 DATED: June 3, 2010.

_____
U.S. MAGISTRATE JUDGE

**Riel Order Shortening Time**          *Riel v. Warden,* CIV 01 -507- LKK KJM