UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

        Petitioner,

    v.

ROBERT L. AYERS, JR.,
Warden of California State
Prison at San Quentin,

        Respondent.
_____/

NO. CIV. S-01-0507 LKK/KJM

DEATH PENALTY CASE

O R D E R

On June 1, 2010, petitioner field a request for reconsideration of the Magistrate Judge's order, Dkt. No. 354. On June 3, 2010, this court issued an order setting a briefing schedule on the motion for reconsideration. Later that day, petitioner filed a request for reconsideration of two additional orders, Dkt. Nos. 348, 359. Petitioner's second motion for reconsideration will be briefed according to the schedule set for the first motion.

////

For the foregoing reasons, the court orders as follows:

(1)  Respondent shall file an opposition or statement of non-opposition to petitioner's requests for reconsideration, Dkt. Nos. 365, 373, on or before June 17, 2010.

(2)  Petitioner may file a reply brief on or before June 24, 2010.

IT IS SO ORDERED.

DATED: June 4, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2