IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-01-0507 LKK KJM

DEATH PENALTY CASE

ORDER

      The hearings on the parties' July 2, 2010 motions in limine are continued from August 4, 2010 to August 25, 2010 at 11:00 a.m. The parties shall file any reply briefs by August 11, 2010.

DATED: July 22, 2010.

U.S. MAGISTRATE JUDGE

riel mot lim.eot

1