IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-01-0507 LKK KJM

DEATH PENALTY CASE

ORDER

Respondent requests that the declaration of Dr. Dunn filed in support of respondent's request for an extension of time to depose Dr. Dunn be filed under seal. Good cause appearing, respondent's July 28, 2010 request to file under seal is granted. The Clerk of the Court is directed to file the July 27, 2010 Declaration of John T. Dunn, Ph.D., under seal.

DATED: August 6, 2010.

U.S. MAGISTRATE JUDGE

riel dunn dec seal.or

1