EDMUND G. BROWN JR.
Attorney General of California
WARD A. CAMPBELL
Supervising Deputy Attorney General
PAUL A. BERNARDINO, State Bar No. 164654
HEATHER S. GIMLE, State Bar No. 203849
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1977
 Fax: (916) 324-2960
 E-mail: Paul.Bernardino@doj.ca.gov
*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES D. RIEL,** | CIV S-01-0507 LKK KJM |
| Petitioner, | **CAPITAL CASE** |
| v. | **STIPULATION TO ENLARGE TIME FOR TAKING DR. DUNN'S DEPOSITION AND ORDER** |
| **WARDEN, San Quentin State Prison,** | |
| Respondent. | |

The parties, through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 16(b)(4), jointly request this Court modify the scheduling order (Doc. 302), to extend the discovery deadline as to the deposition of John T. Dunn, Ph.D. Due to an unforeseen family medical concern by Dr. Dunn of which he has attested in a declaration filed under seal, and pursuant to Fed. R. Civ. P. 29(a), the parties enter into the following stipulation:

Having met and conferred, counsel for the parties hereby stipulate that the time to complete the previously authorized deposition of Dr. John T. Dunn should be extended through and until September 10, 2010.

Dated: July 28, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
WARD A. CAMPBELL
Supervising Deputy Attorney General

*/s/ Paul A. Bernardino*
PAUL A. BERNARDINO
HEATHER S. GIMLE
Deputy Attorneys General
*Attorneys for Respondent*

*/s/ Robert D. Bacon*
*as authorized on July 28, 2010*
ROBERT D. BACON, ESQ.
*Attorney for Petitioner*

DANIEL J. BRODERICK
Federal Defender

*/s/ Joan M. Fisher*
*/s/ Tivon Schardl*
*as authorized on July 28, 2010*
JOAN M. FISHER
Assistant Federal Defender
Tivon Schardl
Trial and Habeas Counsel
*Attorneys for Petitioner*

**GOOD CAUSE APPEARING,**

**IT IS SO ORDERED:**

DATED: August 6, 2010.

_____
U.S. MAGISTRATE JUDGE

2