IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,	No. CIV S-01-0507 LKK KJM

    vs.	DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.	ORDER
_____/

    Good cause appearing, petitioner's July 27, 2010 request for an extension of time to depose Paul Morey is granted. The July 30 discovery deadline set out in the January 22, 2010 order is extended to August 30, 2010 for the purposes of taking the discovery deposition of Paul Morey.

DATED: August 6, 2010.

                                                    U.S. MAGISTRATE JUDGE

riel morey depo.eot

1