IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES D. RIEL,** | Case No. CIV S-01-0507 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT L. AYERS, JR., Warden, California State Prison at San Quentin,** | |
| Respondent. | |

The parties have requested a nine-day extension of time in which to file the reply briefs to their July 2, 2010 motions in limine. GOOD CAUSE appearing, the parties are granted an extension of time to and including August 20, 2010, in which to file the reply briefs. In addition, the August 25, 2010 oral argument on the parties' motions in limine is continued to September 1, 2010 at 11:00 a.m. before the undersigned.

Dated: August 14, 2010.

_____
U.S. MAGISTRATE JUDGE