UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

           Petitioner,

   v.

ROBERT L. AYERS, JR.,
Warden of California State
Prison at San Quentin,

           Respondent.
_____/

NO. CIV. S-01-0507 LKK/KJM

DEATH PENALTY CASE

O R D E R

On November 30, 2010, petitioner in the above captioned case filed a request for reconsideration of the Magistrate Judge's November 5, 2010 order. See ECF Nos. 451, 443. The Court hereby sets the following briefing schedule on the request for reconsideration:

    (1)   Respondents SHALL file a response to the request for reconsideration (ECF No. 451) on or before December 17, 2010.

////

(2) Petitioner MAY file a reply in support of his request on or before January 3, 2011.

(3) After briefing is complete the court will determine if a hearing is necessary.

IT IS SO ORDERED.

DATED: December 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2