ROBERT D. BACON, CA SB #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL J. BRODERICK, CA SB #89424
Federal Defender
JOAN M. FISHER, ID Bar No. 2854
Assistant Federal Defender
TIVON SCHARDL, FL Bar No. 73016
Trial & Habeas Counsel
801 I Street, 3d Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>WARDEN of San Quentin )<br>State Prison, )<br>)<br>Respondent. )<br>_____ ) | Case No.  2:01-cv-00507 LKK  KJM<br><br>**DEATH PENALTY CASE**<br><br>ORDER ON REQUEST FOR EXTENSION OF TIME |

      Petitioner Charles Riel requests a one-week extension of time for filing his reply to Respondent's opposition to reconsideration of the Magistrate Judge's order filed November 5, 2010. Petitioner's counsel states as grounds that the recent blizzard on the East Coast delayed by four days his return to California.  Respondent does not oppose the extension.  Having considered the matter, the court finds the request is supported by GOOD CAUSE, and should be GRANTED.  Petitioner may file a reply by January 10, 2011.

1  IT IS SO ORDERED.

2  DATED: January 3, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT