IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,                    No. CIV S-01-0507 LKK DAD (TEMP)

    vs.                            DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.                ORDER

/

        Within fourteen days of the filed date of this order, each party shall file a brief on the impact of <u>Cullen v. Pinholster</u>, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings and, in particular, on the evidentiary hearing and on petitioner's motion to expand the record.

DATED: April 15, 2011.

                                                             /s/ Dale A. Drozd
                                                             DALE A. DROZD
                                                             UNITED STATES MAGISTRATE JUDGE

riel pin.or

1