IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-01-0507 LKK DAD (TEMP)

DEATH PENALTY CASE

ORDER

Petitioner seeks an extension of time for the parties to file their briefs on the issues raised by Cullen v. Pinholster, 131 S. Ct. 1388 (2011). (Dkt. No. 486.) Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Petitioner's April 22, 2011 Request for an Extension of Time is granted. By May 16, 2011, both parties shall file the briefs described in the court's April 18, 2011 Order (dkt. no. 485).

2. Because Pinholster may affect the court's consideration of petitioner's pending motion to expand the record, the briefing ordered on April 7 related to that motion is suspended

////

////

1

1 and the June 3, 2011 argument taken off calendar.  (Dkt. No. 481.)   The court will set new due
2 dates for briefing and a new date for argument when and if necessary.
3 DATED: April 28, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 dad1
riel pin.eot

2