IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,       No. CIV S-01-0507 LKK DAD

    vs.       DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.       ORDER

                                        /

On October 7, 2011 at 10:30 a.m. in courtroom #27, the undersigned will hear argument regarding the impact of Cullen v. Pinholster, ___U.S.___,131 S. Ct. 1388 (2011) on these proceedings and, in particular, on the evidentiary hearing and on petitioner's motion to expand the record.

DATED: September 20, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1/capital
riel pin arg.or

1