ROBERT D. BACON, CA SB #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL J. BRODERICK, CA SB #89424
Federal Defender
JOAN M. FISHER, ID SB #2854
Assistant Federal Defender
TIVON SCHARDL FL SB#0073016
Trial and Habeas Counsel
801 I Street, 3d Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656
Joan_Fisher@fd.org
Tivon_Schardl@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>    Petitioner,<br><br>    vs.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | NO. CIV S-01-0507 LKK-DAD<br><br>**DEATH PENALTY CASE**<br><br>ORDER CONTINUING HEARING DATE |

    Petitioner requests the hearing currently set for October 7, 2011, be continued. He states his counsel are unavailable on that date due to previous travel and family plans. Counsel for Petitioner further state that the request is unopposed and that they and counsel for the State are available on October 27. Having fully considered the request, the Court finds it is supported by GOOD CAUSE and should be

////

////

////

////

1  GRANTED. However, the court is unavailable on October 27. The October 7 hearing is continued to
2  10:00 a.m. on November 16, 2011.
3       IT IS SO ORDERED.
4  DATED: October 7, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  riel pin hrg eot.or

**Order Continuing Hearing**                                    *Riel v. Warden*, **No. Civ. S 01-0507 LKK DAD**