IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,               No. CIV S-01-0507 LKK DAD

    vs.                        DEATH PENALTY CASE

WARDEN, San Quentin State Prison,

    Respondent.          <u>ORDER</u>

_____/

        By October 18, 2011, petitioner shall file a response to respondent's October 10, 2011 objections to the deposition of Vonnie Riel.

DATED: October 12, 2011.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

ddad1:capital
riel depo resp.or.wpd

1