IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. RIEL,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-01-0507 LKK DAD

DEATH PENALTY CASE

ORDER

On November 16, 2011, the undersigned heard argument regarding the effects of the decision in <u>Cullen v. Pinholster</u>, ___ U.S. ___, 131 S. Ct. 1388 (2011) on these proceedings. Attorneys Tivon Schardl and Robert Bacon appeared for petitioner. Deputy Attorney Generals Tami Krenzin and Heather Gimle appeared for respondent.

Given the recent decisions in <u>Pinholster</u> and <u>Harrington v. Richter</u>, ___ U.S. ___, 131 S. Ct. 770 (2011), the parties agreed at the hearing that it would be appropriate at this time for them to brief the satisfaction of 28 U.S.C. §2254(d) with respect to the claims which are the subject of the evidentiary hearing ordered in 2008 and for claim 36, the subject of petitioner's March 14, 2011 motion to expand the record. <u>See</u> Doc. Nos. 204, 212, and 470.

////

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Within sixty days of the filed date of this order, petitioner shall file a memorandum of points and authorities addressing the satisfaction of 28 U.S.C. §2254(d) with respect to claims 2, 5, 6, 9, and 36 of the first amended petition. Respondent shall file an opposition within forty-five days of the filing date of petitioner's brief. Petitioner may file a reply within thirty days thereafter.

2. Each memorandum shall be complete in and of itself and shall not incorporate by reference prior briefing.

3. After receipt of these briefs, the court will schedule oral argument.

DATED: November 16, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

riel 2254 brfs.or