IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES D. RIEL,**<br><br>                              Petitioner,<br><br>       v.<br><br>**ROBERT L. AYERS, JR., Warden,**<br>**California State Prison at San Quentin,**<br><br>                              Respondent. | Case No. 2:01-cv-00507-MCE-KJN (DP) (TEMP)<br><br>**ORDER** |

Upon considering Respondent's request for an extension of time (ECF No. 553), and good cause appearing, Respondent shall have an additional SIXTY (60) days, to and including February 29, 2016, to file objections to the Magistrate Judge's findings and recommendations.

Dated:  December 28, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Riel fr obj.eot