UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No. 2:01-cv-0507 MCE DB<br><br><u>DEATH PENALTY CASE</u><br><br><br><u>ORDER</u> |

On March 19, 2018, the court found petitioner has satisfied the requirements of 28 U.S.C. § 2254(d) for claims 2 and 5 with respect to the special circumstance and penalty phase determinations. (ECF No. 568.) The court previously granted petitioner's motion for an evidentiary hearing on these aspects of claims 2 and 5. (ECF No. 204, 212.)

The court recognizes that in 2009 and 2010, the parties engaged in extensive preparation for an evidentiary hearing. Given the narrowing of the claims which will be the subject of the evidentiary hearing based on the recent order, and given the passage of time, the court will schedule a status conference to discuss general preparation for the evidentiary hearing. Prior to the conference, counsel for the parties shall meet and confer regarding the following: (1) identification of any issues regarding the conduct of the evidentiary hearing that were resolved by the court previously; (2) identification of issues that remain; (3) the amount of time needed to prepare for the evidentiary hearing; and (4) whether either party will seek to conduct additional

1

discovery. Counsel shall file a joint statement prior to the status conference reflecting their points of agreement, and any disagreement, on these four matters.

Accordingly, IT IS HEREBY ORDERED as follows:

1. By June 8, 2018, the parties shall file a joint statement regarding the four subjects identified above.
2. The undersigned will hold a status conference on June 15, 2018 at 10:00 a.m. in courtroom #27.

DATED: April 9, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders.capital/riel evi hrg prep.sts