UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>               Respondent. | No. 2:01-cv-0507 MCE DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

On January 2, 2020 the undersigned received a handwritten filing from the petitioner, Charles Riel. (ECF No. 588.) The court notes that petitioner is represented by counsel in this action and pro se filings by a represented party are improper. See United States v. Gwiazdzinski, 141 F.3d 784, 787 (7th Cir. 1998). Petitioner should address any issues regarding this action with his attorney. Accordingly, the court will deny the request made in petitioner's pro se filing.

Additionally, petitioner stated several complaints related to petitioner's conditions of confinement. To the extent petitioner seeks to challenge his conditions of confinement he may exhaust all available administrative remedies and file an action pursuant to 42 U.S.C. § 1983. See Crawford v. Bell, 599 F.2d 890, 891-92 (9th Cir. 1979) (Claims regarding the conditions of petitioner's confinement, as opposed to the validity or duration of his confinement, must be brought in a civil rights action.). Review of the Inmate Locator Website operated by the

California Department of Corrections and Rehabilitation[1] indicates that petitioner is presently housed at San Quentin State Prison. Accordingly, any civil rights action should be brought in the United States District Court for the Northern District of California which is the appropriate venue for conditions of confinement claims originating at San Quentin State Prison.

For the reasons set forth above, IT IS HEREBY ORDERED that petitioner's request (ECF No. 588) is denied.

Dated: February 5, 2020

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/orders-capital/riel.pet

---

[1] See https://inmatelocator.cdcr.ca.gov/search.aspx. This court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned. Fed. R. Civ. P. 201.