UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No. 2:01-cv-0507 MCE DB<br><br>DEATH PENALTY CASE<br><br><br><br>ORDER |

The parties previously moved to vacate the March 30, 2020 evidentiary hearing and all related deadlines. (ECF No. 585.) The court granted the motion and set a status conference for May 1, 2020. (ECF No. 586.) However, the court did not further specify that all related deadlines were also vacated. Accordingly, the court will clarify that the pre-evidentiary hearing previously set for March 20, 2020[1] at 1:30 p.m. is vacated. Additionally, due to the court's unavailability, the status conference set for May 1, 2020 will be continued.

////

////

////

////

---

[1] The hearing on petitioner's motion to vacate the order (ECF No. 590) remains scheduled for March 20, 2020 at 10:00 a.m. in courtroom # 27.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The pre-evidentiary hearing scheduled for March 20, 2020 1:30 p.m. hearing is vacated; and
2. The status conference is continued to May 8, 2020 at 10:00 a.m. in courtroom # 27.

Dated: March 9, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/orders-capital/riel.sched.vac

2