1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHARLES D. RIEL,                          No.  2:01-cv-0507 MCE DB

12                  Petitioner,                 DEATH PENALTY CASE

13          v.

14    WARDEN, San Quentin State Prison,         ORDER

15                  Respondent.

16

17          On March 17, 2020 counsel for respondent filed a request seeking to modify the

18    scheduling order, vacate the deposition deadline, and continue the hearing set for March 20, 2020

19    due to the COVID-19 virus.  (ECF No. 594.)  Good cause appearing the court will grant the

20    request.

21          Respondent also indicated that the parties have discussed, but not come to a complete

22    agreement, regarding the vacation of the April 24, 2020 deposition deadline.  Because the parties

23    are not in agreement the court declines to rule on modification of the deposition deadline at this

24    time.  The parties may file a stipulation or motion should they wish to vacate the pending

25    deadline.

26    ////

27    ////

28    ////

                                                  1

Accordingly, IT IS HEREBY ORDERED that the March 20, 2020 motion hearing on petitioner's motion to vacate the order granting respondent's request to depose petitioner (ECF No. 590) is postponed to May 8, 2020 at 10:00 a.m. in courtroom # 27.

Dated: March 17, 2020

_____

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/orders-capital/riel.vac 3 20

2