# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No. 2:01-cv-0507 MCE DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

The parties have filed a joint request to amend the scheduling order in light of the COVID-19 virus. (ECF No. 596.) The parties seek to vacate the April 24, 2020 deadline for conducting lay witness depositions. The parties have also agreed that in the event any of the following lay witnesses: Lael Richards, Jeffrey Richards, Joseph Ross, Shannon Rivera, Tom Riel, or Lori Prestley (aka Barnhardt), become unavailable within the meaning of Federal Rule of Evidence 804(a)(4) that witnesses declaration may be admitted in lieu of oral testimony.

////
////
////
////
////
////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The April 24, 2020 deadline for completing lay witness testimonial depositions is vacated; and
2. The parties shall meet and confer prior to the status hearing presently scheduled for May 8, 2020 to find mutually agreeable dates to re-schedule the depositions.

Dated: March 25, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/orders-capital/riel.vac depo