UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL, | No. 2:01-cv-0507 MCE DB |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

In light of the District Court's recent ruling on petitioner's motion for reconsideration (ECF No. 605), the undersigned will direct the parties to meet and confer regarding the following issues: (1) identification of any issues that need to be resolved before the evidentiary hearing; (2) matters pertaining to the taking of petitioner's deposition; (3) outstanding testimony that needs to be taken from out of state witnesses; (4) and the rescheduling the evidentiary hearing. Counsel shall file a joint statement reflecting their discussion, including points of agreement and any disagreements on these matters.

Accordingly, IT IS HEREBY ORDERED that within sixty days of the date of this order, the parties shall file a joint statement regarding the issues identified above.

Dated: May 4, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/orders-capital/riel.ev.hrg.status 5.4.22

1