UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No.  2:01-cv-0507 MCE DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Presently before the court is the parties' stipulation to continue the deposition of petitioner.  Good cause appearing the court will adopt the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The deposition of Petitioner, presently set for December 15, 2022, is continued to a mutually agreeable date in 2023.

2. The parties will advise the court of potential dates for the deposition of petitioner in their January 6, 2023, joint statement.

Dated: December 12, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/orders-capital/riel.0507.eot.depo(P)

1