UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　Respondent. | No.  2:01-cv-0507 MCE DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Petitioner moves pursuant to 28 U.S.C. § 1825(b)(1) for compensation for the following non-expert witnesses: (1) Lori Prestley[1]; (2) Jeffrey R. Richards; (3) Lael E. Richards; (4) Joseph Ross; and (5) Shannon Rivera-Sartore. (ECF No. 622.)  Petitioner states, these individuals were subpoenaed and appeared for depositions on November 14-17, 2022.  (Id. at 1.)  Petitioner further states these depositions were part of a petition for writ of habeas corpus in which petitioner is proceeding in forma pauperis and these witnesses testified on behalf of petitioner.  (Id. at 1-2.)

Petitioner states Ms. Prestley is entitled to receive $87.16; $40.00 for her attendance and $47.16 for travel expenses.  Ms. Prestley traveled 72 miles to attend the deposition and return home on November 14, 2022.

////

---

[1] Lori Prestley was previously known as Lori Barnhart Dutton.  (See e.g., ECF No. 359 at 7.)

1

      Petitioner states Mr. Richards and Ms. Richards are each entitled to $40.00 for their attendance on November 15, 2022.  They did not expend any travel costs to attend the deposition.

      Petitioner states Mr. Ross traveled 7 miles to attend the deposition and return home on November 16, 2022.  Thus, Mr. Ross is entitled to receive $44.50; $40.00 for attendance and $4.45 for travel expenses.

      Ms. Rivera-Sartore traveled 46 miles round trip to attend the deposition on November 17, 2022.  Petitioner states she is entitled to receive $70.13; $40.00 for her attendance and $30.13 for travel expenses.

      IT IS HEREBY ORDERED:

      1. The Court certifies that the testimony of (1) Lori Prestley; (2) Jeffrey R. Richards; (3) Lael E. Richards; (4) Joseph Ross; and (5) Shannon Rivera-Sartore is relevant and material to the instant action in order to perpetuate witness testimony.

      2. Pursuant to 18 U.S.C. § 3006A and 28 U.S.C. § 1825, the United States Marshal is authorized to pay fees of witnesses who testify on behalf of clients represented by the Federal Public Defender.  <u>See also</u> Guide to Judiciary Policy, Volume VII, §§ 320.40.20; 320.40.10.

      3. The United States Marshal is directed to pay:

           Lori Prestley $87.16;

           Jeffrey R. Richards $40.00;

           Lael E. Richards $40.00;

           Joseph Ross $45.50; and

           Shannon Rivera-Sartore $70.13.

Dated:  June 11, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/orders-capital/riel.0507.depo paym ord