UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, San Quentin State Prison,<br><br>  Respondent. | No.  2:01-cv-0507 MCE DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Presently before the court is counsel for petitioner's request to file their response to the court's June 8, 2023, order ex parte and under seal.  Good cause appearing, and pursuant to Eastern District of California Local Rule 141, IT IS HEREBY ORDERED that:

1. Petitioner's request to seal documents (ECF No. 629) is granted; and

2. Counsel's Response to the Court's June 8, 2023, Order shall be filed ex parte and maintained under seal.

Dated:  July 13, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/orders-capital/riel.0507.req.seal

1