1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES D. RIEL,                         No.  2:01-cv-0507 MCE DB

12                  Petitioner,               DEATH PENALTY CASE

13          v.

14   WARDEN, San Quentin State Prison,        ORDER

15                  Respondent.

16

17          Petitioner moves pursuant to 28 U.S.C. § 1825(b)(1) for compensation for the following

18   non-expert witnesses:  Donna Schwan and Juanita Martin.  (ECF No. 635.)  Petitioner states that

19   these individuals were subpoenaed and appeared for depositions on December 7 and December 8,

20   2023.  Petitioner further states these depositions were part of a petition for writ of habeas corpus

21   in which petitioner is proceeding in forma pauperis and these witnesses testified on behalf of

22   petitioner.

23          Petitioner states Ms. Schwan is entitled to receive $77.52 ($40.00 for attendance and

24   $37.52 for her own travel expenses) and Ms. Martin is entitled to receive $45.36 ($40.00 for

25   attendance and $5.36 for her own travel expenses).

26          Accordingly, IT IS HEREBY ORDERED:

27          1.  Petitioner's request for witness compensation (ECF No. 635) is granted.

28          2.  The court certifies that the testimony of Donna Schwan and Juanita Martin is relevant

and material to the instant action in order to perpetuate witness testimony.

3.  Pursuant to 18 U.S.C. § 3006A and 28 U.S.C. § 1825, the United States Marshal is authorized to pay fees of witnesses who testify on behalf of clients represented by the Federal Public Defender.  See also Guide to Judiciary Policy, Volume VII, §§ 320.40.20; 320.40.10.

4.  The United States Marshal is directed to pay:

Donna Schwan - $77.52; and

Juanita Martin - $45.36.

Dated:  May 30, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/capital/riel0507.depo paym or(2)

2