UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL, | No. 2:01-cv-0507 MCE SCR |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| ROB ST. ANDRE, Warden, High Desert State Prison, | ORDER |
| Respondent. | |

Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus. The parties filed a joint statement informing the court that the report of petitioner's expert, Dr. Miora, would be provided to respondent's counsel no later than August 18, 2024. Upon receipt of the report and after an opportunity to review it, respondent's counsel intends to schedule a deposition of Dr. Miora. The parties request a deadline of November 1, 2024, to file a new joint statement informing the court when the deposition of Dr. Miora has taken or shall take place and proposing a date for a further joint statement on scheduling.

////

////

////

////

1

1 | The court finds the parties' proposal appropriate.  Accordingly, the parties are HEREBY
2 | ORDERED to file a joint statement by November 1, 2024 setting forth the date scheduled for Dr.
3 | Miora's deposition and proposing a date for a further joint statement on scheduling.
4 | DATED: August 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE