IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>    Petitioner,<br><br>    v.<br><br>ROB ST. ANDRE, Warden, California State Prison at High Desert,<br><br>    Respondent. | Case No. 2:01-cv-0507 DC SCR<br><br>ORDER |

Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus. On November 8, 2024, the parties filed a joint statement informing the court that the report of petitioner's expert, Dr. Miora, has been provided to respondent's counsel. (ECF No. 646.) The parties state that they will schedule a deposition of Dr. Miora to take place after petitioner's counsel returns from leave in early March. The parties seek a deadline of March 14, 2025 to inform the court of the date for Dr. Miora's deposition and to propose a date for a further joint statement regarding scheduling. This court finds the parties' proposal appropriate.

////

////

////

////

Accordingly, the parties are HEREBY ORDERED to file a joint statement by March 14, 2025, setting forth the date for Dr. Miora's discovery deposition and proposing a date for the next joint statement regarding scheduling.

Dated: November 22, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE