IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES D. RIEL,** | Case No. 2:01-cv-00507-DC-SCR |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **RONALD BROOMFIELD, WARDEN, CALIFORNIA STATE PRISON AT SAN QUENTIN,** | |
| Respondent. | |

Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus.  The parties have scheduled Dr. Miora's deposition for June 11, 2025. The parties request to file a joint statement June 27, 2025, to set forth the next dates in the litigation.

The court finds the parties' proposal appropriate.  According, the parties are HEREBY ORDERED to file a joint statement by June 27, 2025, setting forth the next dates in the litigation.

Dated: March 19, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:01-cv-00507-DC-SCR)