ROB BONTA, CA Bar #202668
Attorney General of California
KENNETH N. SOKOLER, CA Bar #161024
Supervising Deputy Attorney General
HEATHER S. GIMLE, CA Bar #203849
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
Telephone: (916) 210-7687
Facsimile: (916) 324-2960
E-mail: Heather.Gimle@doj.ca.gov
*Attorneys for Respondent*

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
SAMUEL SWEENEY, NJ Bar # 04114-2001
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-Mail: Sam_Sweeney@fd.org

ROBERT BACON, CA Bar #73297
484 Lake Park Avenue
Oakland, CA 94610-2768
Telephone: (510) 701-6640
E-Mail: bacon2254@aol.com
*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>                Petitioner,<br><br>v.<br><br>ROB ST. ANDRE, WARDEN, HIGH DESERT STATE PRISON<br><br>                Respondent. | Case No. 2:01-cv-00507-DC-SCR<br><br>**CAPITAL CASE**<br><br>**[PROPOSED] ORDER** |

The parties met and conferred, and filed a joint statement informing the Court that the deposition of petitioner's expert, Dr. Miora, was postponed due to counsel's illness and has been re-set for September 4, 2025. The parties further informed the court that the deposition of petitioner's other mental health expert, Dr. Stewart, is set for October 29, 2025. The parties requested to file a joint statement on September 26, 2025, to inform the Court of the next dates in the litigation.

///

///

Accordingly, IT IS HEREBY ORDERED:

The parties shall file a joint statement by September 26, 2025, setting forth the next dates in the litigation.

DATED: June 30, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE