IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Charles D. Riel,** | Case No. 2:01-cv-00507-DC-SCR |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **Rob St. Andre, Warden,** | |
| **High Desert State Prison,** | |
| Respondent. | |

    Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus. The parties have completed Dr. Miora's discovery deposition and are scheduled for Dr. Stewart's discovery deposition on November 4, 2025. Mr. Riel has a court date in Shasta County Superior Court on November 19, 2025. The parties request to file a joint statement January 9, 2026, to set forth the next dates in the litigation.

////

////

////

////

1

[~~Proposed~~] Order (2:01-cv-00507-DC-SCR)

1        The court finds the parties' proposal appropriate. According, the parties are HEREBY
2 ORDERED to file a joint statement by January 9, 2026.

Dated: October 20, 2025

*/s/ Sean C. Riordan*
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE