IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Charles D. Riel,** | Case No. 2:01-cv-00507-DC-SCR |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **Rob St. Andre, Warden, High Desert State Prison,** | |
| Respondent. | |

Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus.  The parties seek a short extension of time, requesting to file the Joint Statement on January 23, 2026.

Based on good cause shown, the Court finds the parties' proposal appropriate. Accordingly, the parties are HEREBY ORDERED to file a joint statement by January 23, 2026.

Dated:  January 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:01-cv-00507-DC-SCR)