ROB BONTA, CA Bar #202668
Attorney General of California
KENNETH N. SOKOLER, CA Bar #161024
Supervising Deputy Attorney General
HEATHER S. GIMLE, CA Bar #203849
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
Telephone: (916) 210-7687
Facsimile: (916) 324-2960
E-mail: Heather.Gimle@doj.ca.gov
*Attorneys for Respondent*

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
SAMUEL SWEENEY, NJ Bar # 04114-2001
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-Mail: Sam_Sweeney@fd.org

ROBERT D. BACON, CA Bar #73297
484 Lake Park Avenue
Oakland, CA 94610-2768
Telephone: (510) 701-6640
E-Mail: bacon2254@aol.com
*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. RIEL,<br><br>Petitioner,<br><br>v.<br><br>ROB ST. ANDRE, Warden, High Desert State Prison<br><br>Respondent. | Case No. 2:01-cv-00507-DC-SCR<br><br>**CAPITAL CASE**<br><br>**[~~PROPOSED~~] ORDER** |

Petitioner is a condemned state prisoner proceeding through counsel with a petition for writ of habeas corpus. The parties seek to file their next Joint Statement on December 4, 2026. That statement will include a proposed schedule for the presentation of substantive testimony from the parties' experts.

Based on good cause shown, the Court finds the parties' proposal appropriate.

Accordingly, the parties are HEREBY ORDERED to file a joint statement by December 4, 2026.

///

DATED: October 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE